**Eric CASTANEIRA, Appellant,**

v.

**Mary Lou JORGENSEN, as individual member of the Board of Charities and Corrections; Daniel J. Nichols, as individual member of the Board of Charities and Corrections; Scott A. Abdallah, as individual member of the Board of Charities and Corrections; Robert D. Hofer, as individual member of the Board of Charities and Corrections; Ted J. Pins, as individual member of the Board of Charities and Corrections; James D. Sheridan, as individual member of the Board of Charities and Corrections; John Doe, other unknown, Appellees.**

---

280

No. 02–2515.

United States Court of Appeals, Eighth Circuit.

Submitted March 6, 2003.

Decided March 13, 2003.

Before BYE, FAGG, and RILEY, Circuit Judges.

PER CURIAM.

South Dakota inmate Eric Castaneira appeals the district court's[1] dismissal without prejudice of his 42 U.S.C. §§ 1983 and 1985 action. After de novo review, *see Hanten v. Sch. Dist. of Riverview Gardens*, 183 F.3d 799, 805 (8th Cir.1999), we affirm for the reasons stated in the district court's order.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable John E. Simko, United States Magistrate Judge for the District of South Dakota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).